UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE TEAMSTERS LOCAL 456
PENSION, HEALTH & WELFARE ANNUITY,
EDUCATION & TRAINING, ET AL.

Plaintiff(s), Petitioner(s)

against

D'ORAZIO TRANSPORT SERVICES LLC

Defendant(s), Respondent(s)

---

CLIENT: Speedy Lawyers Service

INDEX NO.: 07 CIV 3956

DATE OF FILING: 5/22/2007

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Eric Rubin being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Bethel, CT.

Furthermore, that on **June 2, 2007** at **6:03 PM** at **97 Kellogg Street, Brookfield, CT 06804**, deponent served the **Summons In A Civil Action and Complaint Rule 7.1** upon **D'Orazio Transport Services LLC**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Complaint Rule 7.1** with **Dawn D'Orazio** a person who is known to be the **Member & Agent for Service** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Complaint Rule 7.1**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **100-130lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Eric Rubin, Private Process Server

Sworn to before me on June 4, 2007

Notary Public
My Commission Expires: 06/31/2009