UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the Teamsters Local 456 Pension, Health & )
Welfare, Annuity, Education & Training, S.U.B., Industry )
Advancement and Legal Services Funds and the )
Westchester Teamsters Local Union No. 456, ) 07 Civ. 3956 (CLB)
)
Plaintiffs, )
)
**VOLUNTARY**
-against- ) **NOTICE OF**
) **DISMISSAL AND**
D'ORAZIO TRANSPORT SERVICES, LLC, ) **ORDER**
)
Defendant. )

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismiss the above entitled action with prejudice.

Dated: August 15, 2007
Elmsford, New York

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
Karin Arrospide, Esq. (KA9319)
Attorney for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

SO ORDERED: August 20, 2007

_____
Charles L. Brieant, U.S.D.J.

# BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC

ATTORNEYS AT LAW
258 Saw Mill River Road
Elmsford, NY 10523
Telephone: (914) 592-1515 - Fax: (914) 592-3213
Sender's e-mail address: karrospide@bivaslaw.com

## *FACSIMILE TRANSMISSION*

\*\*\* THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS CONFIDENTIAL AND IS INTENDED FOR THE RECIPIENT ONLY. IF THIS FACSIMILE WAS RECEIVED IN ERROR, PLEASE NOTIFY THE SENDER AND DESTROY THE COPY SENT IN ERROR. THANK YOU. \*\*\*

DATE:

TO:       Honorable Justice Brieant

FAX #:    (914) 390-4085

FROM:     Karin Arrospide

RE:

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET):

NOTES:    Thank you.

TO N.Y.C.P.L.R. 2103(b)(5). THE ELECTRONIC TRANSMITTAL TELEPHONE NUMBER OF THIS OFFICE HAS NOT BEEN DESIGNATED AS A PROPER NUMBER FOR THE SERVICE OF DOCUMENTS OR PAPERS IN THIS PROCEEDING. SERVICE SHOULD BE ACCOMPLISHED PURSUANT TO ANOTHER PARAGRAPH OF RULE 2103(b).

# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1405
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

August 15, 2007

VIA FACSIMILE TRANSMISSION ONLY
Chambers of the Honorable Justice Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

      Re: Trustees of the Teamsters Local 456, et al. vs. D'Orazio Transport Services, LLC., 07 Civ. 3956 CLB)

Dear Judge Brieant:

      This firm represents the Plaintiff Trustees in the above matter. The undersigned recently submitted, for Your Honor's consideration, a motion for entry of default against the Defendant. Because the parties have resolved this matter, I respectfully withdraw my motion.

      Enclosed herewith is a Notice of Voluntary Dismissal for Your Honor's execution.

      Thank you.

Very truly yours,

Karin Arrospide, Esq.

Encl.